JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS P. CERVANTES,<br><br>Petitioner,<br><br>vs.<br><br>LARRY SCRIBNER, Warden,<br><br>Respondent. | Case No. CV 07-7659-GW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

DATED: December 26, 2008

/s/ George H. Wu
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/30/08

DEPUTY CLERK